IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**KRISTOPHER MICHAEL MORGAN**                                                              **PLAINTIFF**

V.                                  **CASE NO. 5:21-CV-5161**

**KRISTEN CALLEHAN, Public Defender**                                                      **DEFENDANT**

### ORDER

Now before the Court is the Report and Recommendation (Doc. 6) ("R&R") filed in this case on September 14, 2021, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. The R&R recommends dismissing the case pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim due to the fact that Defendant is not subject to suit under 42 U.S.C. § 1983. On September 28, 2021, Plaintiff filed a one-page Objection to the R&R (Doc. 7), in which he asserted—without citing to any legal authority—that a public defender should be subject to suit under Section 1983. The Court has reviewed the entire case *de novo* and **OVERRULES** Plaintiff's Objection, which is without merit.

**IT IS THEREFORE ORDERED** that the R&R (Doc. 6) is **ADOPTED IN ITS ENTIRETY**. For the reasons stated in the R&R, the case is **DISMISSED WITHOUT PREJUDICE** for failure to state a claim.

**IT IS FURTHER ORDERED** that the Clerk of Court place a **STRIKE FLAG** on this case pursuant to 28 U.S.C. § 1915A(g).

**IT IS SO ORDERED** on this 28th day of September, 2021.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE